AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

| SOUTHERN | DISTRICT OF | NEW YORK |

DANIEL PRESTON,

    Plaintiff,

-against-

ABSECON MILLS, INC.,

    Defendant.

**APPEARANCE**

Case Number:

**12 CIV 1393**

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Plaintiff

I certify that I am admitted to practice in this court.

| 2/24/2012 | *Fran M. Jacobs* |
|---|---|
| Date | Signature |

| Fran M. Jacobs | FJ-0892 |
|---|---|
| Print Name | Bar Number |

Duane Morris LLP, 1540 Broadway

Address

| New York | NY | 10036 |
|---|---|---|
| City | State | Zip Code |

| (212) 692-1060 | (212) 692-1020 |
|---|---|
| Phone Number | Fax Number |