```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 3-2-12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

DANIEL PRESTON,

                         Plaintiff(s).

         -against-

ABSECON MILLS, INC.,

                         Defendant(s).
-----------------------------------------------------------X

## ORDER OF REFERENCE
## TO A MAGISTRATE JUDGE

12-CV-1393 (ALC)(JLC)

This above entitled action is referred to the designated Magistrate Judge for the following purpose(s):

**_X_** General Pretrial (includes scheduling, discovery, non dispositive pretrial motions and settlement)

____ Specific Non-Dispositive Motion/Dispute*

If referral is for discovery disputes when the District Judge is unavailable, the time period of the referral _____

____ Settlement

____ Inquest After Default/Damages Hearing

____ Consent under 28 U.S.C. § 636(c) for all purposes (including trial)

____ Consent under 28 U.S.C. § 636 (c) for limited purpose (e.g. dispositive motion, preliminary injunction)
Purpose _____

____ Habeas Corpus

____ Social Security

____ Dispositive Motion (i.e., motion requiring a Report and Recommendation)

Particular Motion: _____

All such motions: _____

---

* Do not check if already referred for general pretrial.
**SO ORDERED.**

DATED: **3-2-12** New York, New York

_____
ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE