UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL PRESTON,                                   :        12 CV 1393 (ALC)(JLC)

                      Plaintiff,            :

-against-
                                         :

ABSECON MILLS, INC.,
                                         :        <u>CERTIFICATE OF SERVICE</u>
                    Defendant.
------------------------------------------------------------x

       The undersigned hereby certifies that at 12:10 P.M. on March 5, 2012, an order to show cause with supporting declaration of Daniel Preston and accompanying declaration of Fran M. Jacobs, together with a memorandum of law in support, were served by hand on Joseph Farco, Esq., of Lord Locke LLP, counsel for defendant, who acknowledged receipt thereof on copies of such documents.

                                                                          */s/ Fran M. Jacobs*
                                                                          FRAN M. JACOBS