UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x

DANIEL PRESTON,                                    :        12 CV 1393 (ALC)(JLC)

                     Plaintiff,    :

  -against-

                                          :

ABSECON MILLS, INC.,                               DECLARATION
OF                                                 :        JAN
CHELMINSKI
                   Defendant.
-----------------------------------------------------------------x

Pursuant to 28 U.S.C. § 1746, Jan Chelminski declares that the following facts are true and correct, subject to the laws against perjury of the United States of America:

I currently work for a company controlled by Daniel Preston. I understand that Absecon Mills, Inc. ("Absecon") has identified me as one "of its own skilled machinists and technicians" who was trained to operate the Liba Machine used to make antiballistic fabric. I submit this declaration to set the record straight.

I was never employed by Absecon in any capacity. At one point, I was interviewed by Randy Taylor, Absecon's President and CEO, about working on a new ballistics project. Mr. Taylor described the project as involving a novel kind of technology that Absecon had never before used and that had been brought to Absecon by Mr. Preston.

Dated:    New York, NY

        March 9, 2012

                                                                       JAN CHELMINSKI

DM1\3199923.1