UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL PRESTON,<br><br>                    Plaintiff,<br><br>-against-<br><br>ABSECON MILLS, INC.,<br><br>                    Defendant. | 12 CV 1393 (ALC)(JLC)<br><br>SUPPLEMENTAL DECLARATION OF CHRISTIAN WIENANDS PURSUANT TO 28 U.S.C. § 1746 IN SUPPORT OF ABSECON'S OPPOSITION TO PLAINTIFF'S MOTION FOR A TEMPORARY RESTRAINING ORDER AND PRELIMINARY INJUNCTION |

I, Christian Wienands, declare that I have personal knowledge of the following facts and that they are, to my knowledge, true and correct:

1. There is a Liba Machine that I can convert into a machine that would be similar to what American Liba, Inc., sold to Absecon Mills, Inc. ("Absecon"), which they are currently using. That machine can be up and running within 3 to 4 months. I would be willing to sell this machine to Daniel Preston.

2. I can ship the converted machine within 2 to 3 months. It would be shipped from our offices in South Carolina. This statement is made without checking our supply situation.

3. I stated the subject matter of both paragraphs 1 and 2 of this declaration to Taylor in telephone conversations between myself and Taylor.

I declare under penalty of perjury under the laws of the United States.

Dated: Piedmont, South Carolina

March 9, 2012

*/s/ Christian Wienands*

Christian Wienands

1