## Farco, Joseph A.

| | |
|---|---|
| **From:** | Safer, Jay G. |
| **Sent:** | Monday, March 05, 2012 10:23 AM |
| **To:** | Farco, Joseph A. |
| **Subject:** | Fw: RE: FW: Golden Parachutes |

Print this out so you have copies if needed.
Jay G. Safer, Esq.
Locke Lord LLP
3 World Financial Center , 20th Floor
New York, New York 10281-2101
212.812.8305 Direct
212.812.8365 Fax
914.714.0445 (cell)
jsafer@lockelord.com
www.lockelord.com

Atlanta, Austin, Chicago, Dallas, Hong Kong, Houston, London, Los Angeles, New Orleans, New York, Sacramento, San Francisco, Washington DC

----- Original Message -----
From: Craig Williams [mailto:cwilliam@absecon.com]
Sent: Monday, March 05, 2012 09:55 AM
To: Safer, Jay G.; Farco, Joseph A.
Subject: FW: RE: FW: Golden Parachutes

fyi.

-----Original Message-----
From: Kirsten McCormick [mailto:kmccormi@absecon.com]
Sent: Wednesday, February 29, 2012 3:10 PM
To: cwilliam@absecon.com; Gail Von Schlichting
Subject: Fwd: RE: FW: Golden Parachutes

Here is the email I received from Manley Butler concerning Daniel Preston.

-------- Original Message --------
Subject:    RE: FW: Golden Parachutes
Date:   Wed, 29 Feb 2012 19:22:52 +0000
From:   Manley Butler <Manley@butlerparachutes.com>
To:     Kirsten McCormick <kmccormi@absecon.com>, "Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4" <peter.ricket@navy.mil>


Hi Kirsten:

Dan Preston is so full of bullshit that that EPA should issue a Haz-Mat warning for wherever and whenever he moves away from his corral. He screwed us (although not for a huge sum ~ $20K) when operating as Atair.

We had a contract to sell him 5 canopies with sliders, but he only bought 2 or 3, then reneged on the rest of the order. He maintained that the default was because of a structural failure during testing but when I asked him to send the canopy to us for examination, he was rather evasive and the canopy never returned to BPS. Based on additional information, I am now sure that the canopy in question was a bootleg copy of our canopy w/slider; furthermore, I have doubts if there was a failure at all, bootleg or not.

Ironically, one of the best photos that we have of our slider in the air was taken by a photographer working under to contract to Atair and it shows a bootleg canopy. And, to my utter amazement, that arrogant prick had the chutzpah to use that picture in the Atair tradeshow display at the PIA Symposium (I think this was 2007 but it might have been 2009). If called upon to produce evidence to this statement, I can produce the poster itself, which mysteriously ended up in the BPS load out after that event. We could probably convince the photographer to testify if needed.

And even though Atair's current management strenuously maintains that Dan Preston is no longer affiliated with the company, there is significant overlap in the lineup and the Preston stench will forever haunt that company. Every time I see someone affiliated with Atair (usually Zaccari) , they ask me if BPS is interested in a "teaming"
agreement, my response has always been "surely you jest" (translates as "you gotta be fucking shitting me"); then they get all huffy and defensive.

Oh well - this is probably enough info to warn you about him.

C'Ya?

Best Regards,

Manley C. Butler, Jr.
President
Butler Parachute Systems, Inc.

1820 Loudon Ave. NW

PO Box 6098
Roanoke, VA 24017 USA

540-342-2501
540-342-4037 FAX

manley@butlerparachutes.com
<https://remote.butlerparachutes.com/OWA/UrlBlockedError.aspx>

www.butlerparachutes.com <http://www.butlerparachutes.com>

-----Original Message-----
From: Kirsten McCormick [mailto:kmccormi@absecon.com]
Sent: Wednesday, February 29, 2012 12:47 PM
To: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4; Manley Butler
Subject: Re: FW: Golden Parachutes

Hey Guys,

How you doing Manley? I found the article on the internet when doing a google search on Daniel Preston. It came from Bloomberg Business News. I was curious to see what information was out there on this guy.

Apparently the owner of the company I work for, Absecon Mills, was given Daniel Preston's name by a person named Christian at American Liba, Inc.

He was heralded as the subject matter expert in ballistic materials and a really smart guy.

Thanks for your information,

Kirsten

---- Original Message ----

From: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4

Sent: 2/29/2012 10:34 AM

> Kirsten,

> Over to you!

>

> Pete

>

> -----Original Message-----

> From: Manley Butler [mailto:Manley@butlerparachutes.com] <mailto:[mailto:Manley@butlerparachutes.com]>

> Sent: Wednesday, February 29, 2012 10:31

> To: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4

> Subject: RE: Golden Parachutes

>

> Pete-

>

> Can she provide any more info on the source of the article?

>

> BTW - If needed, can provide a personal "reference" on this sleazebag

> - and I'm sure I can find several more in the PIA

>

3

> Thanks -

>

> Manley

>

> -----Original Message-----

> From: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4

> [mailto:peter.ricket@navy.mil] <mailto:[mailto:peter.ricket@navy.mil]>

> Sent: Wednesday, February 29, 2012 10:26 AM

> To: Manley Butler

> Subject: RE: Golden Parachutes

>

> Manley,

> Kirsten sent it to me this morning from NJ. This guy is has a lawsuit pending on the company she works for that has a military contract. I don't know all of the details.

>

> Pete

>

> -----Original Message-----

> From: Manley Butler [mailto:Manley@butlerparachutes.com] <mailto:[mailto:Manley@butlerparachutes.com]>

> Sent: Wednesday, February 29, 2012 10:22

> To: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4

> Subject: RE: Golden Parachutes

>

> Pete:

>

>

4

>

> The date on the article is Oct. 31st, 2005 but the bottom of this PDF shows Copyright 2000-2012 - how did it come to your attention?

>

>

>

> Thanks,

>

>

>

> Manley

>

>

>

> -----Original Message-----

> From: Ricket, Peter R. CIV NASPATUXENTRIVERMD 4.6.7.4

> [mailto:peter.ricket@navy.mil] <mailto:[mailto:peter.ricket@navy.mil]>

> Sent: Wednesday, February 29, 2012 7:14 AM

> To: Leuallen, Bill E; Drake, John CIV Human Systems Dept, Code

> 4.6.6.2; Wiitala, Lisa NAVAIR; Manley Butler

> Cc: Clint Vincent

> Subject: Golden Parachutes

>

>

>

> Hey Folks,

>

> Have you heard of this guy or his company?
>
>
>
> Pete
>