609.965.5373

---

------ Forwarded Message
From: Daniel Preston <dan@cacaobiotech.com>
Date: Wed, 1 Dec 2010 10:09:01 -0500
To: Gaily Von Schlichting <gvons@absecon.com>
Cc: Robert Hasday <RHasday@duanemorris.com>
Subject: Past due payment

Hi Gaily,

Please have Randy wire the $25k due since our signing to:

Act#: 695797638
Routing # 021001088
HSBC

Payment must be received today, tomorrow absolute latest.

Thank you.

Best Regards,

Daniel Preston
718-772-4802