**Farco, Joseph A.**

| | |
|---|---|
| **From:** | Trivier, Thomas L. on behalf of Safer, Jay G. |
| **Sent:** | Friday, February 17, 2012 12:36 PM |
| **To:** | Farco, Joseph A. |
| **Subject:** | FW: Contract Shut down with text |

-----Original Message-----
From: Gaily Von Schlichting [mailto:gvons@absecon.com]
Sent: Friday, February 17, 2012 11:58 AM
To: Safer, Jay G.
Subject: FW: Contract Shut down with text


Standard--
Gaily Von Schlichting
Director of Communications
Absecon Mills, Inc.
PO Box 672
Cologne NJ 08213

609.965.5373



On 2/9/12 9:30 AM, "Daniel Preston" <dan@cacaoholdings.com> wrote:

>Randy,
>
>You have been entirely non responsive for weeks via phone or email.
>This is unacceptable, you owe me $530k and have been in default of our
>contract from the very beginning. Not sure you even realize but you
>shorted me on the very first payment and every one of the few since.
>You have put me in the very uncomfortable position of having to chase
>you constantly for payment. I shouldn¹t have to chase you. For more
>than a year I have been incredibly patient about the situation but your
>recent avoidance has pushed the situation too far.
>
>I reminded you recently that my attorney is financially tied to our
>contract and you know I have kept him from coming after you this entire
>time. I explained to you that I was $273k in arrears to my attorney and
>he needed to close out his year. You didn¹t make the minimum payment I
>thought  would keep him at bay and then disappeared for weeks. You had
>the money but were playing games. Its basically out of my hands now.
>
>You must pay in full or we will take back the machine (and you will
>still owe me money). All gov personnel on this contract will be
>notified that you are in breach and do not have the right to use the

1

>technology. You may not legally deliver on your contract to ONR.
>
>I'm sorry it has gone this far. I wish you had respected your contract
>with me.
>
>Regards,
>
>Daniel
>718-772-4802
>
>
>
>On 2/8/12 6:14 PM, "Randolph Taylor" <rstceo@comcast.net> wrote:
>
>>Dear Daniel,
>>
>>I don't understand your motivation to shut down this contract which is
>>about
>>to deliver a major break thru for our Soldiers. Is money so important to
>>you
>>that you do not want to succeed in seeing this textile breakthrough
>>delivered? I have been out of the office as I am quite ill. Although that
>>did not stop me from wiring you some funds earlier this week. I just
>>opened
>>and downloaded my e-mail to find this latest threat from you to stop our
>>contract. My home phone number is 1-609-965-1737 call me as I am not sure
>>What is it that I am supposed to get back to you about?
>>
>>Randy
>>
>>
>>
>>-----Original Message-----
>>From: Randolph Taylor [mailto:rstceo@comcast.net]
>>Sent: Wednesday, February 08, 2012 6:00 PM
>>To: 'Daniel Preston'; 'Dennis Walsh'
>>Cc: 'Gaily Von schlichting'; Bill Varian (variancity@yahoo.com);
>>cwilliams@absecon.com
>>Subject: Contract Shut down
>>
>>
>>
>>-----Original Message-----
>>From: Daniel Preston [mailto:dan@cacaoholdings.com]
>>Sent: Wednesday, February 08, 2012 12:56 PM
>>To: Dennis Walsh
>>Cc: Randy Taylor; Gaily Von schlichting
>>Subject: Re: 16 inch heat press
>>
>>I will look and call you, however Randy has not gotten back to me and
>>this
>>contract may be shut down by next week. -Daniel

\>\>
\>\>Sent from my iPhone
\>\>
\>\>On Feb 8, 2012, at 11:10 AM, "Dennis Walsh" <dennis.walsh36@yahoo.com>
\>\>wrote:
\>\>
\>\>> Randy/Dan,
\>\>>
\>\>> I need a 16 inch plus heat press so I can start making the shoot packs.
\>\>>
\>\>> Dennis
\>\>>
\>\>>
\>\>
\>\>
\>
\>