IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| DANIEL PRESTON, | ) |
| Plaintiff, | ) Civil Action No. 12-cv-1393 (ALC)(JLC) |
| v. | ) |
| ABSECON MILLS, INC., | ) |
| Defendant. | ) |

### RULE 7.1 DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant, Absecon Mills, Inc., states that Absecon Mills, Inc. has no corporate parents, affiliates and/or subsidiaries which are publicly held.

Dated: March 30, 2012

LOCKE LORD LLP

/s/ *Jay G. Safer*
Jay G. Safer (JS4609)
Joseph A. Farco (JF2181)
LOCKE LORD LLP
3 World Financial Center, 20th Floor
New York, NY 10281-2101
Tel.: (212) 415-8600
Fax: (212) 303-2754
jsafer@lockelord.com
jfarco@lockelord.com
*Attorneys for Defendant*
*Absecon Mills, Inc.*