UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------
Daniel Preston,

        Plaintiff,

                                      12 Civ. 1393 (ALC) (JLC)

    - against -                ORDER WITHDRAWING
                                              REFERENCE

**Absecon Mills, Inc.,**

        Defendants.
----------------------------------

**ANDREW L. CARTER, JR.**, United States District Judge:

    The order referring the matter to the magistrate judge is withdrawn.

Dated: New York, New York
April 3, 2012

SO ORDERED.

                                                _____
                                                Andrew L. Carter, Jr.
                                                United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 4·3·12