UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------X

DANIEL PRESTON,  Docket no.: 12 CV 1393 (ALC)(JLC)

                Plaintiff,  **NOTICE OF APPEARANCE**

-against-

ABSECON MILLS, INC.,

                Defendant.
-------------------------------------------------------X

S I R S :

    **PLEASE TAKE NOTICE**, that STEPHEN R. KRAWITZ, LLC, represents DANIEL PRESTON and hereby appears in the above entitled action, and that the undersigned has been retained as attorneys for DANIEL PRESTON and demands that any and all notices or references for any further hearings, conferences and/or proceedings in this matter be served upon the undersigned at the office and post office address stated below.

Dated:    New York, NY
            April 17, 2012

                                                    Yours, etc.,

                                                    STEPHEN R. KRAWITZ, LLC
                                                    By: Stephen R. Krawitz, Esq. (SRK8770)
                                                    Attorneys for DANIEL PRESTON
                                                    271 Madison Avenue, Suite 200
                                                    New York, NY 10016
                                                    212-682-0707

TO:        DUANE MORRIS, LLP
           By: Fran Jacobs, Esq.
           Outgoing Attorneys for Plaintiff
           1540 Broadway
           New York, NY 10036
           212-692-1060

           LOCKE LORD, LLP
           Attorneys for Defendant
           Three World Financial Center
           New York, NY 10281
           212-415-8600