# STEPHEN R. KRAWITZ, LLC
Attorneys at Law
271 Madison Avenue
Suite 200
New York, NY 10016

Stephen R. Krawitz, Esq.‡

*Of Counsel*
Elise R. Greenspan, Esq.
David J. Zendell, Esq.*
Steven C. Greenspan, Esq.†
Frank P. Mangiatordi, Esq.
Lisa P. Salzberg, Esq.*
*Admitted in NY and NJ
‡Pending Admission in CT
†Admitted in NY, NJ, CT & FL

(212) 682-0707
(203) 259-7800
Facsimile
(212) 682-8821
website: newyorktrialattorney.com
email: skrawitz@aol.com

~~Connecticut Office~~
Daniel Court
Westport, CT 06880

New Jersey Office
651 Undercliff Avenue
Edgewater, NJ 07020

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4|18|12

Hon. James L. Cott
Magistrate Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

BY FACSIMILE
212-805-7990

April 18, 2012



RE: Preston v. Absecom, Inc.
Docket no.: 12 CV 1393 (ALC)(JLC)

Honorable Sir:

I was recently retained (April 17, 2012) to represent the plaintiff as incoming attorney in the above matter. I filed a Notice of Appearance by ECF yesterday. I am awaiting the file from the outgoing attorney Duane Morris, LLP. The substitution was on consent.

I am advised by Duane Morris LLP that plaintiff's answers to defendant's counterclaims is due on Thursday, April 19, 2012. I am requesting a short adjournment to permit me to obtain the file and prepare the answer to counterclaims to properly represent my client. I attempted to contact Jay G. Safer, Esq., from Locke Lord LLP, defendant's counsel both by telephone and by email. I left a voice mail message regarding the above request and provided my cell phone number. I am writing this letter since I do not want to be in default of the Court's instructions regarding the answer to counterclaim.

I respectfully request that the Court grant this application to permit me to properly interpose the answer to counterclaims. I can be reached immediately on my mobile phone at 917-270-7687 should the Court have any questions. Thank you for your kind consideration regarding this request.

THE REQUEST IS GRANTED.
THE ANSWER TO THE COUNTERCLAIMS
SHALL BE DUE MAY 1, 2012.
            SO ORDERED.
                James L. Cott
                USMJ
                4/18/12

Respectfully submitted,

STEPHEN R. KRAWITZ, LLC

Stephen R. Krawitz, Esq.

SRK/r
Preston ltr to J. Cott request re counterclaims#149
cc: Jay G. Safer, Esq. by Facsimile 212-303-2754

USDC SDNY
DATE SCANNED 4|18|12