```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/23/12
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
DANIEL PRESTON,

                    Plaintiff,

  -against-

ABSECON MILLS, INC.,

                    Defendant.
------------------------------------------------------------x

12 CV 1393 (ALC) (JLC)

ORDER
SUBSTITUTING
COUNSEL FOR PLAINTIFF

        Stephen R. Krawitz, LLC has filed a Notice of Appearance on behalf of Plaintiff in the above-entitled action, and Plaintiff wishes to be represented by Stephen R. Krawitz, LLC, rather than by Duane Morris LLP, in the above-entitled action. Duane Morris LLP is not asserting a retaining or charging lien, and does not object to the substitution of Stephen R. Krawitz, LLC in its place as Plaintiff's counsel. Accordingly, Duane Morris LLP may withdraw as counsel for Plaintiff, and Stephen R. Krawitz, LLC is substituted as counsel for Plaintiff.

Dated: New York, New York
       April 18, 2012

                              DUANE MORRIS LLP

                              By: _____
                                 Fran M. Jacobs, Esq.
                              1540 Broadway
                              New York, NY 10036
                              (212) 692-1000
                              Outgoing Attorneys for Plaintiff

                              STEPHEN R. KRAWITZ, LLC

                              By: _____
                                 Stephen R. Krawitz, Esq. (SRK8770)
                              271 Madison Avenue, Suite 200
                              New York, NY 10016
                              (212) 682-0707
                              Incoming Attorneys for Plaintiff

DM1\3283103.1

USDC SDNY
DATE SCANNED _4/23/12_

DANIEL PRESTON

_____
Plaintiff

SO ORDERED:

_____
U.S.D.J.
M    4/23/12

1.

-2-